# United States District Court

## *Southern District of Georgia*

ROBERT BOWMAN

_____  Case No.  1:24-CV-00181-JRH-BKE
Plaintiff

v.  GRANGE PROPERTY AND CASUALTY INSURANCE  Appearing on behalf of  PLAINTIFF

_____
Defendant  (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  28th  day of  October , 2024 .

*[signature: Brian K. Epps]*

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  BRIAN BRADDY

Business Address:  YOUR INSURANCE ATTORNEY, PLLC
Firm/Business Name

260 PEACHTREE STREET, SUITE 2200
Street Address

ATLANTA      GA      30303
Street Address (con't)   City      State    Zip

SAME
Mailing Address (if other than street address)

Address Line 2    City    State    Zip

888-570-5677            967126
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  BPB@YOURINSURANCEATTORNEY.COM